IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ERIC T. CLARK,

    Plaintiff,

v.                              Civil Action No. 3:19CV453–HEH

HOMEOWNER'S ADMINISTRATION,

    Defendant.

## MEMORANDUM OPINION
### (Dismissing Action Without Prejudice)

By Memorandum Order entered on July 31, 2019, the Court directed Plaintiff to pay an initial partial filing fee of $16.53 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

                                        /s/
                              HENRY E. HUDSON
Date: Sept. 26, 2019     SENIOR UNITED STATES DISTRICT JUDGE
Richmond, Virginia